UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

LAMONT BLACKWELL

Case No. 05cr466-001(JBS)

**DETENTION ORDER**

THIS MATTER having come before the Court on the motion of the United States (Howard Wiener, Assistant U.S. Attorney, appearing), for an order detaining defendant Lamont Blackwell, (Maggie Moy, AFPD, appearing) pending a Violation of Supervised Release, pursuant to Federal Rule of Criminal Procedure 32.1, on the grounds that the defendant poses a risk of flight and that the defendant's release would pose a danger to the community; and the Court having conducted a hearing on October 4, 2012 at which time the defendant consented to detention without prejudice to his right to seek bail at a later date; and the Court having considered the contents of the Petition for Warrant or Summons for Offender Under Supervision; and the Court having found that the defendant has not met his burden of establishing that he does not present a risk of flight or pose a danger to the community; and the Court noting that the Violation of Supervised Release Hearing is scheduled for 10:00 A.M. on October 19, 2012 before the Honorable Jerome B. Simandle; and for good cause shown,

IT IS on this 4th day of October 2012,

**ORDERED** that the motion of the United States to detain

the defendant pending the Violation of Supervised Release Hearing is hereby **GRANTED**, and defendant is ordered detained until further order of the Court; and it is further

**ORDERED** that the defendant is granted leave to reopen the detention hearing should he wish to present evidence to support a request for bail; and it is further

**ORDERED** that the defendant is hereby committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal, until further order of this Court; and it is further

**ORDERED** that while in custody, the defendant be afforded a reasonable opportunity for private consultation with defense counsel; and it is further

**ORDERED** that upon order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE